# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. MOONEY, <br><br> Petitioner, <br><br> v. <br><br> D. BAUGHMAN, Warden, <br><br> Respondent. | Case No. 1:17-cv-00512-JLT (HC) <br><br> ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE <br><br> FINDINGS AND RECOMMENDATION <br><br> [TEN-DAY OBJECTION DEADLINE] |

Petitioner filed a federal habeas petition in the Sacramento Division of this Court on July 27, 2016. On April 11, 2017, the Court determined venue was proper in the Fresno Division and transferred the case. The Court's preliminary screening of the petition revealed that the petition failed to present any cognizable grounds for relief. Therefore, on May 9, 2017, the Court issued an order dismissing the petition. Petitioner was granted thirty days to file an amended petition and state a cognizable federal claim. Over thirty days have passed and Petitioner has failed to file an amended petition. Petitioner was forewarned that failure to file an amended petition in compliance with the screening order would result in dismissal of the action. Accordingly, the Court will recommend the petition be DISMISSED.

**ORDER**

Accordingly, the Clerk of Court is DIRECTED to assign a District Judge to the case.

**RECOMMENDATION**

1

1 | Accordingly, the Court **RECOMMENDS** that this action be **DISMISSED** for failure to
2 | state a claim.

This Findings and Recommendation is submitted to the assigned District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten days after service of the Findings and Recommendation, Petitioner may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **June 19, 2017**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE